UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| CHERYL EBERG,<br><br>　　　　Plaintiff,<br>　　v.<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>　　　　Defendant. | )<br>)<br>)<br>)　Civ. No. 3:14-civ-1696 (VAB)<br>)<br>)　April 14, 2016<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF REQUEST FOR ORAL ARGUMENT**

Defendant has moved for summary judgment, ECF 28, and the motion is fully briefed. Pursuant to D.Conn. L.R. 7(a)(1), Plaintiff hereby requests oral argument on the motion. Counsel apologizes for the failure to note this request in the lower margin of the first page of its brief in opposition and regrets any inconvenience to the Court.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/Michael J. Wishnie
　　　　　　　　　　　　　　　　　　Alexandra Brodsky, Law Student Intern
　　　　　　　　　　　　　　　　　　Elizabeth Dervan, Law Student Intern
　　　　　　　　　　　　　　　　　　John Giammatteo, Law Student Intern
　　　　　　　　　　　　　　　　　　Emma Larson, Law Student Intern
　　　　　　　　　　　　　　　　　　Mekela Panditharatne, Law Student Intern
　　　　　　　　　　　　　　　　　　Michael J. Wishnie, ct27221
　　　　　　　　　　　　　　　　　　Veterans Legal Services Clinic
　　　　　　　　　　　　　　　　　　Jerome N. Frank Legal Services Org.
　　　　　　　　　　　　　　　　　　P.O. Box 209090
　　　　　　　　　　　　　　　　　　New Haven, C.T. 06520

## **CERTIFICATE OF SERVICE**

       I hereby certify that on April 14, 2016, copies of the foregoing Notice of Request for Oral Argument was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                    /s/ Michael J. Wishnie
                                                    Michael J. Wishnie