UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHERYL EBERG, | : | |
| | : | |
| Plaintiff, | | Civ. No. 3:14CV1696(VAB) |
| v. | : | |
| U.S. DEPARTMENT OF DEFENSE, | : | |
| Defendant. | : | JUNE 12, 2017 |

JOINT MOTION TO CANCEL STATUS CONFERENCE

The parties respectfully request that the Court cancel the status conference scheduled for June 12, 2017, at 3:00 p.m., because it is no longer necessary. The parties have resolved the issues that were the subject of the requested status conference. The parties have filed a stipulation and proposed order.

Respectfully submitted,

By: */s/ Aaron P. Wenzloff*
Aaron P. Wenzloff (ct 28616)
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
Phone: (203) 432-4800
Fax: (203) 432-1426
aaron.wenzloff@yale.edu
*Counsel for Plaintiff*


DEIRDRE M. DALY
UNITED STATES ATTORNEY

*/s/ Carolyn A. Ikari*
CAROLYN A. IKARI
ASSISTANT U.S. ATTORNEY
450 Main Street, Rm. 328

Hartford, Connecticut  06103
(860) 947-1101
Fed. Bar No. ct13437
carolyn.ikari@usdoj.gov
*Counsel for Defendant*

## CERTIFICATION OF SERVICE

I hereby certify that on June 12, 2017 the foregoing motion to cancel status conference was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Carolyn A. Ikari*
CAROLYN A. IKARI
ASSISTANT U.S. ATTORNEY