UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHERYL EBERG, )<br>)<br>    Plaintiff, )<br>) <br> v. )<br>)<br>U.S. DEPARTMENT OF DEFENSE, )<br>)<br>    Defendant. ) | Civ. No. 3:14-CV-1696 (VAB)<br><br>JUNE 28, 2018 |

## STIPULATION REGARDING FEES AND COSTS

The parties stipulate that the Defendant shall pay Plaintiff twenty-eight thousand, nine hundred dollars ($28,900.00), in full satisfaction of any costs or fees, including attorney's fees.

Respectfully submitted,

PLAINTIFF                               DEFENDANT

By: _/s/ Aaron P. Wenzloff_             By: _/s/ Carolyn A. Ikari_

Aaron Wenzloff, ct28616                 Carolyn A. Ikari, ct13437
Jerome N. Frank Legal Services Org.     Assistant U.S. Attorney
Yale Law School                         450 Main Street, Room 328
P.O. Box 209090                         Hartford, CT 06103
New Haven, CT 06520-9090                Tel: (860) 760-7953
Tel: (203) 432-4800                     carolyn.ikari@usdoj.gov
aaron.wenzloff@ylsclinics.org

*Counsel for Plaintiff*                 *Counsel for Defendant*


**SO ORDERED.**

Dated: _____ _____, 2018
Bridgeport, Connecticut

_____

HON. VICTOR A. BOLDEN
United States District Judge